UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EPHROM CRAY,

    Plaintiff,

v.                                        Case No.: 1:17-cv-00040-MW-GRJ

TEMPOE, LLC, d/b/a WHY NOT
LEASE IT,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, TEMPOE, LLC, d/b/a Why Not Lease It (TEMPOE), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Date: April 21, 2017

                                      Respectfully submitted,

                                      /s/ Dayle M. Van Hoose
                                      Dayle M. Van Hoose, Esq.
                                      Florida Bar No. 0016277
                                      Rachel A. Morris, Esq.
                                      Florida Bar No. 0091498
                                      SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.

3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2463
Facsimile: (866) 466-3140
dvanhoose@sessions.legal
ramorris@sessions.legal

Attorneys for Defendant,
TEMPOE, LLC, d/b/a Why Not Lease It

## CERTIFICATE OF SERVICE

I certify that on this 21st day of April 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiffs' counsel as described below. Parties may access this filing through the Court's system.

Amanda J. Allen, Esq.
William Peerce Howard, Esq.
The Consumer Protection Firm
210-A South MacDill Avenue
Tampa, FL 33609
Billy@TheConsumerProtectionFirm.com
Amanda@TheConsumerProtectionFirm.com

/s/ Dayle M. Van Hoose
Attorney

2