IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**EPHROM CRAY,**

    **Plaintiff,**

**v.**                                         **Case No.  1:17cv40-MW/GRJ**

**TEMPOE LLC,**
**d/b/a WHY NOT LEASE IT,**

    **Defendant.**
_____/

## ORDER CLOSING FILE

The parties have filed a Joint Stipulation of Dismissal With Prejudice.  ECF No.16.  The notice is effective without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).  Accordingly, the Clerk must close the file.

**SO ORDERED on May 11, 2017.**

                                                     s/Mark E. Walker            
                                                     **United States District Judge**